UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MANN DESIGN, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>BOUNCE, INC., d/b/a THE KONG COMPANY,<br><br>Defendant. | Civil No. 00-1159 RHK/JMM |

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD**

The parties hereby stipulate that Defendant shall have until and including July 12, 2000, to answer the Complaint, or otherwise plead. In regard to this Stipulation, Defendant is making a special appearance, and by making such special appearance, is not in any way submitting to the jurisdiction of this Court, and expressly reserves the right to challenge jurisdiction and venue in its initial responsive pleading and motion.

STIPULATED BY:

MANN DESIGN, LTD.
By Its Attorney

Jodene Jensen

Emmett McMahon (#198298)
Jodene Jensen (#277216)
ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
(612) 349-8500

Date: June 9, 2000

BOUNCE, INC., d/b/a
THE KONG COMPANY
By Its Attorneys

Mathias W. Samuel

Mathias W. Samuel (#0272167
Greg A. McAllister (#295759)
FISH & RICHARDSON, P.C.
3300 Dain Raucher Plaza
60 South Sixth Street
Minneapolis, MN 55402
(612) 335-5070

Date: June 9, 2000

**IT IS SO ORDERED**

Dated: June 13, 2000

60014850.doc

FILED JUN 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________