**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Mann Design Ltd., a Minnesota corporation,

Plaintiff,

Civil 00-1159 (RHK/JMM)

vs.

**ORDER**

Bounce, Inc., d/b/a The Kong Company, a Colorado Corporation,

Defendant.

---

This matter came on for hearing before the undersigned on January 19, 2001. Jodene Jensen, Esq. appeared for the Plaintiff; Matthias Samuels, Esq. and Greg McAllister, Esq. appeared for the Defendant. Based on all of the files, records, and proceedings herein, and for the reasons set forth on the record in open court, **IT IS ORDERED** that:

1. Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. No. 16) is **DENIED**; and

2. Plaintiff's Motion to Consolidate or, in the Alternative, to Obtain Leave to File an Amended Complaint (Doc. No. 19) is **GRANTED IN PART** and **DENIED IN PART** as follows:

(a) The Motion for Leave to File an Amended Complaint is **GRANTED** and the Amended Complaint attached to the Plaintiff's Motion is deemed filed and served upon Defendant as of this date; and

FILED JAN 19 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(b) The Motion to Consolidate this action with the matter captioned Mann Design Ltd. v. Bounce, Inc., Civil File No. 00-2706 (MJD/JMM), is **DENIED**.

Dated: January 19, 2001

RICHARD H. KYLE
United States District Judge