**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MANN DESIGN LTD., ETC.

Plaintiff,

vs. Cv 00-1159 RHK/JMM

BOUNCE, INC.,a Colorado
corporation dba The Kong Company,

Defendant.

**NOTICE OF Motion Hearing**

The Motion to Dismiss is scheduled for Friday, March 16, 2001, at 8:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

March 6, 2001

FRANCIS E. DOSAL
Clerk of U.S. District Court

Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

MAR - 6 2001