UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MANN DESIGN LTD.,

Plaintiff,

v.

BOUNCE, INC.,

Defendant.

CIVIL NO. 00-1159 (RHK/JMM)

ORDER

The above matter came on for hearing before the undersigned on March 14, 2001 upon Plaintiff's Motion for Leave to File Second Amended Complaint [Docket No. 33]. Emmett J. McMahon, Esq. appeared on behalf of Plaintiff; Greg A. McAllister, Esq. appeared on behalf of Defendant.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, for the reasons placed on the record, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Second Amended Complaint [Docket No. 33] is granted. Plaintiff shall cause the Second Amended Complaint to be filed and served no later than March 19, 2001. Defendant shall file and serve a response no later than ten days after service of the Second Amended Complaint.

Dated: March 14, 2001

JOHN M. MASON
United States Magistrate Judge

FILED MAR 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK