ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MANN DESIGN LTD.,
a Minnesota Corporation,

Plaintiff,

Civil No. ~~00-2706~~ 00-1159 (RHK/JMM)
(Jury Trial Demanded)

v.

BOUNCE, INC., d/b/a The Kong Company,
a Colorado Corporation,

Defendant.

## STIPULATION AND ORDER

WHEREAS this Honorable Court, by Order dated March 20, 2001, has dismissed without prejudice Counts II and III of Plaintiff's Second Amended Complaint; and

WHEREAS the parties hereto both agree that the interest of judicial economy would be best served by adjudicating all related claims between the parties in the same forum, namely, in Colorado.

NOW, THEREFORE the parties, through undersigned counsel, hereby stipulate that the remaining Counts IV and V in the Seconded Amended Complaint in the above referenced-case, be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

2277998.1



FILED APR 0 3 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**STIPULATED BY:**

MANN DESIGN LTD.
By Its Attorneys

Emmett McMahon (#198298)
Christopher J. Sorenson (#270118)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402-2015
Phone: (612) 349-8500

**ATTORNEYS FOR PLAINTIFF MANN DESIGN LTD.**

Dated: 3/29/01

BOUNCE, INC., d/b/a
THE KONG COMPANY
By Its Attorneys

Mathias W. Samuel (#0272167)
Greg A. McAllister (#295759)
FISH & RICHARDSON, P.C.
3300 Dain Raucher Plaza
60 South Sixth Street
Minneapolis, MN 55402
(612) 335-5070

**ATTORNEYS FOR DEFENDANT BOUNCE, INC. d/b/a THE KONG COMPANY**

Dated: 3/29/01

**IT IS SO ORDERED:**

Dated: ~~3/30/01~~ 4/3/01

Judge Richard H. Kyle
United States District Court